JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA            **Category No.** II            **Investigating Agency** HSI, DOT-OIG

**City**    Stoughton            **Related Case Information:**

**County**    Norfolk            Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____    New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number    23-5046-JGD
                                 R 20/R 40 from District of _____

**Defendant Information:**        Is this case related to an existing criminal action pursuant to Rule    ☐ Yes  ☑ No
                                 40.1(h)? If yes, case number _____

Defendant Name    Eric J. Mathison                                    Juvenile:  ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:    _____

Address:    East Boston, MA

Birth date (Yr only): 1977    SSN (last 4#): 9588    Sex: M    Race W    Nationality: US

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____                      _____

**U.S. Attorney Information**

AUSA:    Christine Wichers, Adam Deitch        Bar Number if applicable: _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 1/25/2024        Signature of AUSA: _Chirly Wd_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Eric J. Mathison _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Conspiracy to Commit Extortion | 4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** HSI, DOT-OIG

**City** Stoughton                 **Related Case Information:**

**County** Norfolk                 Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number  23-5046-JGD
                                   R 20/R 40 from District of _____

**Defendant Information:**          Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

Defendant Name  Scott Camara                                    Juvenile:  ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____

Address:  Rehoboth, MA

Birth date (Yr only): 1981    SSN (last 4#): 6789   Sex: M    Race W    Nationality: US

**Defense Counsel if known:**  Anthony Riccio          Address: 1147 Hancock St., Ste 212

Bar Number:  681871                                    Quincy, MA 02169

**U.S. Attorney Information**

AUSA:  Christine Wichers, Adam Deitch          Bar Number if applicable: _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 1/25/2024          Signature of AUSA: _Christine_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Scott Camara _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 2 |
| Set 2 | 18 USC 1623 | Perjury | 74 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI, DOT-OIG

**City** Stoughton

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number 23-5046-JGD, 23-5493-JGD

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

Defendant Name Joel Rogers    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Bridgewater, MA

Birth date (Yr only): 1969    SSN (last 4#): 7358    Sex: M    Race W    Nationality: US

**Defense Counsel if known:** Kevin R. Mullen    Address: 15 Foster St.

Bar Number: 600535    Quincy, MA 02169

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 1/25/2024    Signature of AUSA: _Chris Wichers_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Joel Rogers _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** HSI, DOT-OIG

**City** Stoughton          **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number 23-5046-JGD, 23-5311-JGD

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

Defendant Name  Perry Mendes          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Wareham, MA

Birth date (Yr only): 1960    SSN (last 4#): 9049    Sex: M    Race _____    Nationality: US

**Defense Counsel if known:** R. Bradford Bailey          **Address:** 44 School St., Ste 1000

**Bar Number:** 549749                    Boston, MA 02108

**U.S. Attorney Information**

AUSA: Christine Wichers, Adam Deitch          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony 10

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/2024          Signature of AUSA: _Chris Wd_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Perry Mendes _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1 |
| Set 2 | 18 USC 1951 | Conspiracy to Commit Extortion | 4 |
| Set 3 | 18 USC 1519 | Falsification of Records | 41-43 |
| Set 4 | 18 USC 1001(a)(2) | False Statements | 69-70 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA            **Category No.** II            **Investigating Agency** HSI, DOT-OIG

**City**    Stoughton                **Related Case Information:**

**County**    Norfolk               Superseding Ind./ Inf. _____ Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number   23-5046-JGD
                                     R 20/R 40 from District of _____

**Defendant Information:**           Is this case related to an existing criminal action pursuant to Rule    ☐ Yes  ☑ No
                                     40.1(h)? If yes, case number _____

Defendant Name    Calvin Butner                                      Juvenile:  ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____

Address:    Halifax, MA

Birth date (Yr only): 1960    SSN (last 4#): 1453    Sex: M    Race B    Nationality: US

**Defense Counsel if known:**    William H. Connolly        Address:  20 Park Plaza, Ste 1000

Bar Number:    634501                                                 Boston, MA 02116

**U.S. Attorney Information**

AUSA:    Christine Wichers, Adam Deitch        Bar Number if applicable: _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 19

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 1/25/2024        Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Calvin Butner _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1 |
| Set 2 | 18 USC 1951 | Conspiracy to Commit Extortion | 4 |
| Set 3 | 18 USC 1519 | Falsification of Records | 35-40 |
| Set 4 | 18 USC 1519, 2 | Falsification of Records; Aiding and Abetting | 44-46 |
| Set 5 | 18 USC 1001(a)(2) | False Statements | 64-68 |
| Set 6 | 18 USC 1001(a)(2), 2 | False Statements; Aiding and Abetting | 71-73 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** HSI, DOT-OIG

**City**    Stoughton                    **Related Case Information:**

**County**    Norfolk                    Superseding Ind./ Inf. _____    Case No. _____
                                         Same Defendant _____    New Defendant _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number    23-5046-JGD, 23-5310-JGD
                                         R 20/R 40 from District of _____

**Defendant Information:**               Is this case related to an existing criminal action pursuant to Rule    ☐ Yes  ☑ No
                                         40.1(h)? If yes, case number _____

Defendant Name    Gary Cederquist                                    Juvenile:  ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____

Address:    Stoughton, MA

Birth date (Yr only): 1965    SSN (last 4#): 1461    Sex: M    Race W    Nationality: US

**Defense Counsel if known:**    Vincent DeMore          Address:  141 Tremont St., Ste 300

Bar Number:    671136                                             Boston, MA 02111

**U.S. Attorney Information**

AUSA:    Christine Wichers, Adam Deitch          Bar Number if applicable: _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  57

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 1/25/2024          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Gary Cederquist _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Falsify Records | 1-3 |
| Set 2 | 18 USC 1951 | Conspiracy to Commit Extortion | 4-6 |
| Set 3 | 18 USC 1951 | Extortion | 7-9 |
| Set 4 | 18 USC 1341, 1346 | Honest Services Mail Fraud | 10-15 |
| Set 5 | 18 USC 1519 | Falsification of Records | 16-34 |
| Set 6 | 18 USC 1519, 2 | Falsification of Records; Aiding and Abetting | 44-46 |
| Set 7 | 18 USC 1001(a)(2) | False Statements | 47-63 |
| Set 8 | 18 USC 1001(a)(2), 2 | False Statements; Aiding and Abetting | 71-73 |
| Set 9 |  |  |  |
| Set 10 |  |  |  |
| Set 11 |  |  |  |
| Set 12 |  |  |  |
| Set 13 |  |  |  |
| Set 14 |  |  |  |
| Set 15 |  |  |  |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013