UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| V. | * | |
| | * | Case No. 24-cr-10024-IT-5 |
| SCOTT CAMARA, | * | |
| | * | |
| Defendant. | * | |

### DEFENDANT SCOTT CAMARA'S MOTION FOR RULE 11 HEARING

The Defendant, Scott Camara, by and through undersigned counsel, respectfully requests that this Honorable Court schedule a change of plea hearing at the Court's earliest convenience. Counsel has notified the Government.

Respectfully submitted,

Scott Camara,
The Defendant,
By his attorney,

Date:  April 13, 2025

*/s/ Anthony R. Riccio*
Anthony R. Riccio
Riccio Law, LLC
1147 Hancock St. # 212
Quincy, MA 02169
(617) 404-8878
arriccio@anthonyricciolaw.com
BBO # 681871

### CERTIFICATE OF SERVICE

I, Anthony R. Riccio, certify that a true copy of the foregoing filed through the ECF system was sent electronically to AUSA's Christine Wichers & Adam Dietch on April 13, 2025.

*/s/ Anthony R. Riccio*
Anthony R. Riccio